UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**YENNEDY INCLE,**

        **Plaintiff,**

v.                                            Case No: 6:19-cv-521-Orl-37DCI

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

---

### REPORT AND RECOMMENDATION

This cause comes before the Court for consideration without oral argument on the following motion:

> **MOTION:** UNOPPOSED MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. 27)
>
> **FILED:** September 30, 2019
>
> ---
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

On September 30, 2019, the Commissioner of Social Security filed a motion for entry of judgment with remand (the Motion). Doc. 27. In the Motion, the Commissioner requests that the Court "enter a judgment with a reversal and remand of the cause to the Commissioner" for the following reasons:

> to further evaluate Plaintiff's residual functional capacity, and in doing so further evaluate the medical opinion evidence of record; to permit further administrative proceedings; and to issue a new decision.

*Id*. at 1. In light of the foregoing, the Commissioner requests that her decision be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) so that an ALJ may perform the tasks

detailed above. *Id*. at 1-2. The Motion is unopposed. *Id*. at 1. The undersigned finds the Motion well-taken.

Accordingly, it is **RECOMMENDED** that:

1. The Motion (Doc. 27) be **GRANTED**;

2. The final decision of the Commissioner be **REVERSED** and **REMANDED** to the Commissioner pursuant to sentence four of § 405(g) for the above stated reasons; and

3. The Clerk be directed to enter judgment in favor of Plaintiff and to close the case.

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1. **The parties may file a notice of no objection in they have no objection to this Report and Recommendation.**

Recommended in Orlando, Florida on September 30, 2019.

_____
DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy