UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

YENNEDY INCLE,

    Plaintiff,

v.                                        Case No. 6:19-cv-521-Orl-37DCI

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

Defendant moves for entry of judgment with remand to the Commissioner of Social Security. (Doc. 27 ("**Motion**").) The Motion is unopposed. (*Id.*) On referral, U.S. Magistrate Judge Daniel C. Irick recommends the Court grant the Motion. (Doc. 28 ("**R&R**").)

No party objected to the R&R, and the time for doing so has now passed. Absent objections, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court concludes that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 28) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. Defendant Commissioner of Social Security's Unopposed Motion for Entry

of Judgment Under Sentence Four of 42 U.S.C. § 405(g) With Reversal and Remand of the Cause to Defendant (Doc. 27) is **GRANTED**.

3. The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff Yennedy Incle, and against Defendant Commissioner of Social Security, and to **CLOSE** the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 16, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record